

**SEALED** BY THE ORDER OF THE COURT

KENJI PRICE #10523
United States Attorney
District of Hawaii

MICHAEL NAMMAR
MICHAEL ALBANESE
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: michael.nammar@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Aug 10, 2018, 6:51 pm
SUE BEITIA, CLERK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAG. NO. 18-00884 KSC |
| Plaintiff, | ) CRIMINAL COMPLAINT; AGENT'S AFFIDAVIT |
| vs. | ) |
| JACOB L.L. SMITH, TIMOTHY GUILLERMO TABOADA, and CATHERINE NICOLE ZAPATA, | ) |
| Defendants. | ) |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

## COUNT 1

On February 9, 2018, in the District of Hawaii, defendants TIMOTHY TABOADA and JACOB SMITH did knowingly and intentionally distribute and possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Scheduled II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT 2

On March 21, 2018, in the District of Hawaii, defendants TIMOTHY TABOADA and CATHERINE ZAPATA did knowingly and intentionally distribute and possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Scheduled II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

I further state that I am a Special Agent with the Federal Bureau of Investigation (FBI) and that this Complaint is based upon the facts set forth in the attached "Affidavit in Support of Criminal Complaint," which is incorporated herein by reference.

Dated: Honolulu, Hawaii, August 10, 2018

/s/ Austin Jackson
AUSTIN JACKSON
Special Agent, FBI

Sworn to under oath before me telephonically and attestation acknowledged pursuant to FRCP 4.1(b)(2).

Kenneth J. Mansfield
United States Magistrate Judge

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Austin Jackson, Special Agent of the Federal Bureau of Investigation (FBI), being duly sworn, deposes and states the following:

1. I am a duly appointed Special Agent of the FBI and have been employed as such since January 2015. I am authorized to investigate violations of Title 21, United States Code, Sections 841, 844, and 846. I am currently assigned to the Criminal Enterprise squad in the Honolulu Division of the FBI.

2. On February 9, 2018, a FBI Confidential Source (CS), informed FBI agents that they had previously purchased crystal methamphetamine from TABOADA. The CS, at the direction of FBI Agents and FBI Task Force Officers (TFOs), contacted TABOADA by telephone to arrange a meeting in order purchase additional crystal methamphetamine. TABOADA arrived at the meeting location in Kaneohe, Hawaii in a silver Nissan Altima bearing Hawaii license plate TBC-407 (hereinafter "VEHICLE ONE"), registered to ZAPATA. TABOADA exited VEHICLE ONE and briefly entered a black BMW sedan bearing Hawaii license plate SNT-598 (hereinafter "VEHICLE TWO"), registered to, and operated by, SMITH. TABOADA exited VEHICLE TWO and entered the CS's vehicle while SMITH remained in VEHICLE TWO. TABOADA provided the CS with a plastic Ziploc bag containing approximately two (2) ounces of suspected crystal methamphetamine in exchange for one thousand four hundred dollars ($1,400.00) in U.S. currency, which was provided to the CS by FBI agents prior to the meeting. TABOADA exited the CS's vehicle and entered VEHICLE TWO with SMITH. TABOADA and SMITH left the meeting location together. During court authorized electronic surveillance during the months of March 2018 through June 2018, TABOADA distributed methamphetamine to numerous others within the District of Hawaii; electronic surveillance showed that one of TABOADA's sources of supply for methamphetamine was SMITH.

3. Laboratory analysis of the aforementioned suspected controlled substance revealed that the substance was comprised of approximately 53.9 grams of pure d-methamphetamine hydrochloride.

4. On March 21, 2018, a FBI CS contacted TABOADA by telephone at the direction of FBI Agents and FBI TFOs to arrange a purchase of

crystal methamphetamine from TABOADA.  TABOADA claimed that he would check on the availability of the crystal methamphetamine.  TABOADA called the CS several hours later and explained that he would be able to provide the drugs to the CS.  Surveillance units observed ZAPATA drive TABOADA to a predetermined meeting location in Honolulu, Hawaii to meet the CS.  The CS entered VEHICLE ONE upon their arrival.  TABOADA, in the presence of ZAPATA, provided the CS with a plastic Ziploc bag containing approximately four (4) ounces of suspected crystal methamphetamine in exchange for two thousand four hundred dollars ($2,400.00) in U.S. currency, which was provided to the CS by FBI agents prior to the meeting.  The CS exited VEHICLE ONE and TABOADA and ZAPATA departed the location.   During court authorized electronic surveillance during the months of March 2018 through June 2018, TABOADA distributed methamphetamine to numerous others within the District of Hawaii; electronic surveillance showed that ZAPATA assisted TABOADA in distributing methamphetamine by packaging drugs for resell, driving TABOADA to drug transactions, and by selling drugs to others.

4. Laboratory analysis of the aforementioned suspected controlled substance revealed that the substance was comprised of approximately 110.4 grams of pure d-methamphetamine hydrochloride.

//

//

//

//

//

//

//

//

//

5. Based on these facts and circumstances, there is probable cause to believe that JACOB SMITH, TIMOTHY TABOADA, and CATHERINE ZAPATA did knowingly and intentionally distribute and possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section and 841(a)(1) and Title 18, United States Code, Section 2.

FURTHER AFFIANT SAYETH NAUGHT.

/s/ Austin Jackson
AUSTIN JACKSON
Special Agent, FBI

Sworn to under oath before me telephonically and attestation acknowledged pursuant to FRCP 4.1(b)(2).

Kenneth J. Mansfield
United States Magistrate Judge