CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MICHAEL NAMMAR
MARK A. INCIONG     CA BAR #163443
Assistant United States Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: michael.nammar@usdoj.gov
        mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 20-0086 DKW |
|---|---|---|
| Plaintiff, | ) ) ) | GOVERNMENT'S SENTENCING STATEMENT; CERTIFICATE OF SERVICE |
| vs. | ) ) ) | |
| JACOB L. SMITH, | ) ) | |
| Defendant. | ) ) ) | |
| _____ | ) | |

GOVERNMENT'S SENTENCING STATEMENT

The United States of America has received and reviewed the proposed Presentence Report. The Government has no amendments or modifications to note thereto, and it presently has no other factual information relevant to those areas addressed in the proposed Presentence Report.

DATED: August 29, 2024, at Honolulu, Hawaii.

          CLARE E. CONNORS
          United States Attorney
          District of Hawaii


        By  */s/ Michael Nammar*
          MICHAEL NAMMAR
          MARK A. INCIONG
          Assistant U.S. Attorneys

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

<u>Served Electronically through CM/ECF</u>:

    Louis Michael Ching, Esq.
    louismichaelching@hotmail.com

    Attorney for Defendant
    JACOB L. SMITH

<u>Served by Hand-Delivery</u>:

    **U.S. PROBATION OFFICE**
    Attn: Sara Nieling
    300 Ala Moana Boulevard, Room 2-300
    Honolulu, Hawaii 96850

    DATED: August 29, 2024, at Honolulu, Hawaii.

                                              */s/ Tiani Kaneakua*
                                              U.S. Attorney's Office
                                              District of Hawaii